UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RONALD KETCHAM,

                Plaintiff,

     -against-

THE CITY OF MOUNT VERNON,
MICHAEL HUTCHINS, and ALLEN
PATTERSON,

                Defendants.
------------------------------------------------------------X

17 **CIVIL** 7140 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 30, 2019, defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
         December 30, 2019

                                    **RUBY J. KRAJICK**
                                    Clerk of Court
              BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/30/2019