UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD KETCHAM,

       Plaintiff,

— against —

THE CITY OF MOUNT VERNON, ALLEN PATTERSON, and MICHAEL HUTCHINS,

       Defendants.

Case No. 17-CV-7140 (AEK)

[~~PROPOSED~~]

**ORDER**

---

THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.

Upon the application of Plaintiff Ronald Ketcham for an order authorizing Plaintiff's attorney to use a pair of metal handcuffs and handcuff key as a demonstrative exhibit at the upcoming trial in this case,

IT IS HEREBY ORDERED that from November 1, 2021 to November 5, 2021, David B. Shanies, Esq. is permitted to bring one pair of metal handcuffs and handcuff key into the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains, New York, to be used in the trial of this matter.

Dated: October 27, 2021
   White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge