**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RONALD KETCHAM,

                Plaintiff,

   -against-                             17 **CIVIL** 7140 (AEK)

                                            **JUDGMENT**

THE CITY OF MOUNT VERNON, ALLEN
PATTERSON, and MICHAEL HUTCHINS,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, the Court finds that Plaintiff has failed to prove, by a preponderance of the evidence, that Defendants are liable on any of the claims asserted by Plaintiff in this action. Judgment is entered in favor of Defendants on all of Plaintiff's remaining claims; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2023

                                                               **RUBY J. KRAJICK**

                                                                _____
                                                                **Clerk of Court**

                                  **BY:**        *K. Mango*

                                                               _____
                                                               **Deputy Clerk**